United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN P NASH,

        Plaintiff,

    v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

        Defendant.

Case No. 25-cv-02224-NW

**ORDER VACATING ALL DATES
ANDDIRECTING PARTIES TO FILE
DISMISSAL OR STATUS REPORT**

Re: ECF No. 26

Parties have filed a Joint Notice of Settlement, advising that a notice of dismissal may be expected soon.  All dates and pending motions are hereby VACATED.  Parties shall file a notice of dismissal or status report by April 1, 2026.  The Court sets a compliance hearing regarding dismissal for Tuesday, April 7, 2026, at 10:00 a.m.

    **IT IS SO ORDERED.**

Dated: January 28, 2026

Noël Wise
United States District Judge