# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN P. NASH,<br><br>               Plaintiff,<br><br>     v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>               Defendant. | Case No. 5:25-cv-02224-NW<br><br>(Honorable Noël Wise<br> Ctrm. 3, 5th Floor, San Jose)<br><br>[~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>*(Filed Concurrently with Stipulation for Dismissal of Action with Prejudice)* |

## [PROPOSED] ORDER

Based upon the stipulation of Plaintiff Ryan P. Nash and Defendant Life Insurance Company of North America and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 5:25-cv-02224-NW, is hereby dismissed in its entirety as to all parties with prejudice.  All dates set in this matter are hereby vacated and taken off calendar.

IT IS FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: _____February 2_____, 2026

_____
Honorable Noël Wise
United States District Court Judge

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
Case No. 5:25-cv-02224-NW